THE STATE EX REL. HALL, APPELLANT, *v.* FUERST,
CLERK OF COURTS, ET AL., APPELLEES.

[Cite as *State ex rel. Hall v. Fuerst* (1994), 69 Ohio St.3d 698.]

(No. 94–558—Submitted June 15, 1994—Decided July 27, 1994.)

*David Hall, pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Karen L. Johnson,* Assistant Prosecuting Attorney, for appellees.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.